**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| CIL PROPERTIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 6:17-cv-774-PGB-KRS |

**JOINT MOTION FOR COURT TO DISMISS CASE WITH PREJUDICE AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiff CIL Properties, LLC, and Defendant the United States of America, by and through their undersigned counsel, respectfully move the Court to dismiss the above-captioned case with prejudice and to retain jurisdiction to enforce the terms of their settlement agreement. In support of this joint motion, the Parties state:

1. On November 2, 2018, the Parties entered into a settlement agreement.

2. As part of the settlement agreement, the Parties agreed to the dismissal of this case with prejudice on the condition that the Court retain jurisdiction to enforce the terms of their agreement. Accordingly, the Parties request that the Court enter an order retaining jurisdiction to enforce the settlement agreement and dismissing the case with prejudice.

WHEREFORE, the Parties request that the Court enter an order dismissing the claims asserted by CIL Properties, LLC against the United States with prejudice and retaining jurisdiction to enforce the parties' settlement agreement. A copy of a proposed order is attached hereto.

Dated: November 5, 2018

**Counsel for Plaintiff**
**CIL Properties, LLC**

*/s/ Tim W. Sobczak**
Tim W. Sobczak
Florida Bar No. 084707
Dean, Mead, Egerton, Bloodworth,
Capouano & Bozarth, P.A.
P. O. Box 2346
Orlando, FL 32802-2346
Tel: (407) 841-1200
Fax: (407) 423-1831
Primary E-Mail: tsobczak@deanmead.com
Secondary E-Mail: kgovin@deanmead.com

**Counsel for Defendant**
**United States of America**

*/s/ Mary Elizabeth Smith*
ARCHANA RAVINDRANATH
JOHN M. BILHEIMER
MARY ELIZABETH SMITH
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-514-6070 (v)
202-514-4963(f)
archana.ravindranath@usdoj.gov
john.m.bilheimer@usdoj.gov
mary.e.smith@usdoj.gov

*Of Counsel*

MARIA CHAPA LOPEZ
United States Attorney
Middle District of Florida

*Electronically signed with counsel's permission

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2018, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF system, which will send notification of such filing to:

Timothy W. Sobczak, Esquire
Dean Mead P.A.
420 S. Orange Avenue, Suite 700
Orlando, Florida 32802-2346
tsobczak@deanmead.com

*/s/ Mary Elizabeth Smith*
Mary Elizabeth Smith
Trial Attorney