**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CIL PROPERTIES LLC,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.: 6:17-cv-774-PGB-KRS

**ORDER**

THIS CAUSE comes before the Court upon the Joint Motion for Court to Dismiss with Prejudice and Retain Jurisdiction to Enforce Settlement Agreement filed by Plaintiff CIL Properties, LLC and Defendant the United States of America. Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. The Joint Motion for Court to Dismiss with Prejudice and Retain Jurisdiction to Enforce Settlement Agreement be and the same hereby is GRANTED;

2. This case is hereby DISMISSED WITH PREJUDICE; and

3. The Court will retain jurisdiction solely for the purpose of enforcing the terms of the parties' settlement agreement.

DONE AND ORDERED this _______ day of ____________, 2018.

______________________________
PAUL G. BYRON
United States District Judge

Copies furnished:
All counsel of record