**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CIL PROPERTIES LLC,

    Plaintiff,

v.                                                         Case No: 6:17-cv-774-Orl-40KRS

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
TREASURY and INTERNAL REVENUE
SERVICE,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Joint Motion for Court to Dismiss (Doc. 63), filed by Plaintiff CIL Properties, LLC and Defendant the United States of America.[1] Upon review and consideration, the motion is due to be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Dismiss (Doc. 63) is **GRANTED**.

2. This case is hereby **DISMISSED WITH PREJUDICE**.

3. The Court will retain jurisdiction solely for enforcing the terms of the parties' settlement agreement.

4. The Clerk of Court is **DIRECTED** to deny all pending motions as moot, terminate all deadlines, and administratively close the file.

---

[1] To the extent the motion could be construed as a stipulation of dismissal, the stipulation is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012).

**DONE AND ORDERED** in Orlando, Florida on November 7, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties